IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Case No. 3:15-cv-287 |
| v. | )<br>) |
| JUDITH FONVILLE, in her personal capacity; JUDITH FONVILLE, as Executrix of the Estate of Virginia H. Fonville; and JUDITH FONVILLE, as Executrix of the Estate of Donald Fonville, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **DEFAULT JUDGMENT**

Default having been entered against Judith Fonville for her failure to appear, plead, or otherwise defend, and counsel for the plaintiff having requested a judgment for a sum certain against the defendant Judith Fonville and having filed proper evidence of the amount due in accordance with Fed. R. Civ. P. 55(b)(1), judgment is hereby rendered in favor of the plaintiff, United States of America and against defendant Judith Fonville in her personal capacity as the transferee of the Estate of Virginia H. Fonville, in her capacity as the Executrix of the Estate of Virginia H. Fonville, and in her capacity as the Executrix of the Estate of Donald Fonville for

//

//

13648923.1

federal estate tax liabilities of the Estate of Virginia Fonville in the sum of $383,070.05, plus interest accruing after December 28, 2015 to the date of payment.

      Signed: March 4, 2016

_____
Frank G. Johns, Clerk
United States District Court